UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-34894 |
| | § | |
| JOHN S. MORSE | § | |
| GLORIA JEANNINE MORSE | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/17/2015. The undersigned trustee was appointed on 09/17/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                  $12,457.68

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $9.17 |
   | Bank service fees | $335.02 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $12,113.49 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/05/2016 and the deadline for filing government claims was 03/15/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,995.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,995.77, for a total compensation of $1,995.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/08/2019    By:   /s/ Rodney D. Tow
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 03/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6822 Adrienne Arbor Drive, Spring, TX 77349 | $340,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor's Homestead | | | | | |
| 2 | 12 South 17th Street, Kansas City, KS 66102 | $25,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 3 | 1854 North 28th Street, Kansas City, KS 66104 | $19,860.00 | $7,500.00 | | $7,500.00 | FA |
| Asset Notes: | 4/11/2017 #68 | | | | | |
| 4 | 3607 Oakland Avenue, Kansas City, KS 66104 | $25,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 5 | 30 North Boeke, Kansas City, KS 66102 | $20,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 6 | 1953 N 29TH STREET, KANSAS CITY, KS | $35,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 7 | 4543 WELBORNE AVE., KANSAS CITY, KS 66104 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 8 | 224 N 19TH STREET, KANSAS CITY, KS 66102 | $35,000.00 | $1,936.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 9 | 3329 N 58TH STREET, KANSAS CITY, KS 66104 | $55,000.00 | $19,500.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 10 | 15 N 15TH STREET, KANSAS CITY, KS 66102 | $20,000.00 | $8,000.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 11 | 2914 LONGWOOD STREET, KANSAS CITY, KS 66104 | $35,000.00 | $23,000.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 12 | 2956 N 58TH STREET, KANSAS CITY, KS 66104 | $40,000.00 | $9,165.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |

| Case No.: | 15-34894-H5-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | | §341(a) Meeting Date: | 10/20/2015 |
| | | | Claims Bar Date: | 03/05/2016 |

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 2101 S. BOEKE STREET, KANSAS CITY, KS 66103 | $29,000.00 | $10,000.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 14 | 200 N 16TH STREET, KANSAS CITY, KS 66102 | $21,000.00 | $1,646.00 | OA | $0.00 | FA |
| Asset Notes: | 12/19/2015 #55 | | | | | |
| 15 | Cash | $60.00 | $60.00 | | $60.00 | FA |
| 16 | Bank of America #2929 | $1,192.68 | $1,272.68 | | $1,000.00 | FA |
| 17 | UMB Checking #6267 | $80.00 | $80.00 | | $0.00 | FA |
| 18 | Dining 625, BR1 100, BR2 110, BR3 650, Family 600, Breakfast 150, Kitchen 483, Family #2 225Laundry 300, Office 350 , patio 125, garage 830, (See Supplement to Schedule B) | $4,548.00 | $0.00 | | $0.00 | FA |
| 19 | 23 books, 6 pictures, 32 CDs | $175.00 | $0.00 | | $0.00 | FA |
| 20 | Debtor /Joint Debtor: clothes, shoes, accessories | $1,000.00 | $0.00 | | $0.00 | FA |
| 21 | 2 wedding rings, 2 watches, costume jewelry (See Supplement to Sch B) | $1,505.00 | $0.00 | | $0.00 | FA |
| 22 | 2 cameras, 2 iPads, 1 iPod, 2 DVD players | $310.00 | $0.00 | | $0.00 | FA |
| 23 | IRA – TD Ameritrade | $424,000.00 | $0.00 | | $0.00 | FA |
| 24 | RGM Properties, LLC | Unknown | $0.00 | | $0.00 | FA |
| 25 | 2012 Ford Explorer | $19,880.00 | $0.00 | | $0.00 | FA |
| 26 | 2011 Toyota Camry | $11,321.00 | $0.00 | | $0.00 | FA |
| 27 | 2003 Ford F150 | $12,361.00 | $0.00 | | $0.00 | FA |
| 28 | 2002 Toyota Camry(170,000 miles) | $1,369.00 | $1,369.00 | OA | $0.00 | FA |
| Asset Notes: | 5/10/2016 #62 | | | | | |
| 29 | 2001 Chevy Silverado (267,000 miles, rusted) | $1,657.00 | $1,657.00 | OA | $0.00 | FA |
| Asset Notes: | 5/10/2016 #62 | | | | | |
| 30 | 1 pet dog | $1.00 | $0.00 | | $0.00 | FA |
| 31 | Chase Unemployment Acct #6038 (u) | $1,694.94 | $1,694.94 | | $0.00 | FA |
| 32 | Wells Fargo Health Svcs., HSA Acct #8827 (u) | $563.66 | $272.68 | | $272.68 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3  Exhibit A

| Case No.: | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 03/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33 | Debtors are co-signers on sons' below accounts: Grant Morse, Bank of America #8588 (balance 8/24/15 $45.03); Ryan T. Morse, Bank of America #7635 (balance 9/11/15 $49,661.10) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 34 | Check #9810022188 from Graebel Van Lines in payment of claim for damages to exempt personal property during move (see attached check and inventory) (u) | $1,518.00 | $1,518.00 | | $0.00 | FA |
| 35 | Rent Collected for 1854 North 28th Street, Kansas City, KS 66104 (u) | $0.00 | $3,625.00 | | $3,625.00 | FA |
| **Asset Notes:** | 10/20/2016 #65 | | | | | |

**TOTALS (Excluding unknown value)**

| | $1,228,096.28 | $92,296.30 | | $12,457.68 | **Gross Value of Remaining Assets** $0.00 |

---

**Major Activities affecting case closing:**

03/26/2018   RT email to Heather:

Heather,

I just checked and we received the $7,500 in payments from her. Do you want to do the deed or have her get a local attorney to prepare it at her cost? I think a deed by you is fine but I just don't know if there are any nuances in Kansas law. Send it to me at my address below.

Thanks

Rodney
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, Texas 77590
281-429-8300

09/30/2017   JW-WE ARE COLLECTING MONTHLY PAYMENTS.  LAST PAYMENT IS DUE FEBRUARY 2018.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4     Exhibit A

| Case No.: | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 03/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/11/2017    JW- Keighley shall pay $2,500.00 to the Trustee as a down payment immediately upon
entry of this order (if such down payment has not already been made to the
Trustee). Keighley shall then make monthly payments in the amount of $500.00
per month for the months of May 2017 through February 2018. The monthly
payments shall be delivered to the Trustee at his office (1122 Highborne Cay
Court, Texas City, TX 77590) on or before the fifth calendar day of each month.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 5    Exhibit A

| Case No.: | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- |
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 03/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/12/2016    RT: email to real estate agent

T Nick Real Estate
6611 Parallel Parkway
Kansas City, KS 66102
Phone: 816-728-0966
Email: taiashanichols@yahoo.com

Taiasha,

I tried to call you but got your voicemail. I am a bankruptcy trustee in Houston, Texas. A couple filed bankruptcy here and I was appointed their bankruptcy trustee. They owned several houses in Kansas City and I've attached a list of the houses which they owned. Of particular importance to me is the property on 1854 N. 28th St, Kansas City, KS 66104. This property has no lien against it and I need to sell it. It was being managed by a company in Kansas City but I'm not sure the quality of the management they provided. I want to get this home on the marked as soon as I can. It is possible there is a tenant in the home and if so, we need to start the process of having the tenant move. Please do a drive by and see what you can learn on this property.

If the other homes on the Schedule A I have attached have not been foreclosed and have a value that will pay off the mortgage in full plus all closing costs and have at least a $5,000 return to the bankruptcy estate, I will consider selling those through you as well but my belief is those homes will not have sufficient equity.

Finally, my paralegal, Julie Warren, is on this email as is an attorney representing me in this bankruptcy, Heather Potts. Either of them can assist you if you have questions.

My phone numbers are – cell 832-545-7346 and office 281-429-8301. Julie's number is 281-429-8303. Heather's is 713-275-8564. We will have to have you formally approved by the bankruptcy court to sell this property and Heather will get you employed.

Please advise me as soon as possible if you are interested in listing this property. If not, can you refer me to a broker who can list it?

Thanks,

Rodney

05/05/2016    RT: Call to Amy Antrim?? a Coldwell Broker agent 913-634-2724. Left a message.
03/17/2016    RT: Call to Sheree. Tenant is in the 28th street property. They have not paid rent. I requested a rent roll on all properties. She was vague and so I asked that she get that form me. She said she will see what she can find out and let me know.
11/16/2015    RT: Call to Best Properties, 1977 N. 77th Street, Kansas City, KS 66112. Spoke to Cheri. 913-334-2000.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6   Exhibit A

| Case No.: | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- |
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 03/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/03/2015  N.O. I uploaded a letter from Community Nat'l.Bank Attorneys.

11/03/2015  RT 341 Notes--

12 S. 17th St--vacant. bad shape. tried to sell for the loan payoff but unable to sell. Abandon.

1854 N. 28th St--equity. sell.

3607 Oakland Ave--there is a tenant. Debtor unable to sell.

3329 N. 58th St.--was unable to sell at the mortgage amount.

ALL PROPERTIES EXCEPT THE FREE AND CLEAR HOME CAN BE ABANDONED. WE NEED TO CONTACT THE RENTAL AGENT--ROBERT STOCKMAN, BEST PROPERTIES, KANSAS CITY, KANSAS. 913-334-2000. WE NEED TO REJECT ALL RENTAL CONTRACTS EXCEPT THE LEASE ON THE HOUSE OWNED FREE AND CLEAR. HE THINKS HE TRIED TO SELL IT FOR $25,000. THE TENANTS PROBABLY CANNOT QUALIFY FOR A LOAN.

They have 3 licensed drivers but the son drives the old Camry and the F150 is sometime driven by Mr. Morse although he typically drives the 2011 Camry. There are two vehicles not exempt. They are exempting the nicer vehicles and leaving the older ones not exempted but the son does not live at home and drives the older Camry so there are three licensed drives in the home itself, the Ford F150 is paid in full, the 2011 Camry is too. The Explorer is not paid for. I'm not sure about the exemption on the F150. I think the exemptions are okay.

Asset Case.

10/29/2015  N.O. I sent J.Warren an e-maol to check this account.

10/29/2015  N.O. Please look at the tax returns. Owe taxes for 2014 $3,097 & for 2013 $6,345. On the questionnaire #5 Answered no to majority of debt incurred for personal & family.#18 yes purchased house 2/19/2015. #23 yes has rental property,#24 yes had a business,will not keep it open ,#43 yes Made payments from pension ,#46 yes Conferred with an Attorney. Has some Stock,has 5 autos. Recd.a check from Graebel Van lines for damages $1,518. On the bank accounts the account#7635 with a large bal. $49,661.10 appears to be one of the son's his name Ryan Morse is at the top of bank statement both parents names are on it also. This account has Kansas address.There was a counter credit on 8/28/15 for $34,000.they then had 2 w/d for $2,000 one on 9/8 & 9/9 /2015. The bal.on the schedules match most of the  the statements. some of
 dates or not filing day but saw no big amounts.I feel they have other bank accounts from the business or from the rental.

Received tax returns for 2013 & 2014,Questionnaire & some bank statements.

09/30/2015  N.O. Received a request to reset 341 .It has been reset for 11/3/2015 @11:00.

09/25/2015  N.O. On this case TES put the 341 at 10/22/15 @11:00 this was the first Trustee'date S/B 10/20/2015 @ 10/20/2015 @ 11:00 I changed it.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 7         Exhibit A

| Case No.: | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Date Filed (f) or Converted (c): | 09/17/2015 (f) |
| For the Period Ending: | 2/8/2019 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 03/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 11/03/2017         Current Projected Date Of Final Report (TFR): 06/06/2019

/s/ RODNEY TOW
RODNEY TOW

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34894-H5-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3218 | | Checking Acct #: | ******4894 |
| Co-Debtor Taxpayer ID #: | **-***3219 | | Account Title: | DDA |
| For Period Beginning: | 9/17/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/8/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | Green Bank | Transfer Funds | 9999-000 | $4,907.95 | | $4,907.95 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.06 | $4,904.89 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.14 | $4,897.75 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.90 | $4,889.85 |
| 04/05/2017 | (3) | Shastina Keighley | 4/11/2017 #68 | 1110-000 | $2,500.00 | | $7,389.85 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.23 | $7,376.62 |
| 05/03/2017 | (3) | SHASTINA KEIGHLEY | 4/11/2017 #68 | 1110-000 | $500.00 | | $7,876.62 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.15 | $7,862.47 |
| 06/13/2017 | (3) | SHASTINA M. KEIGHLEY | 4/11/2017 #68 | 1110-000 | $500.00 | | $8,362.47 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.71 | $8,350.76 |
| 07/06/2017 | (3) | SHASTINA KEIGHLEY | 4/11/2017 #68 | 1110-000 | $200.00 | | $8,550.76 |
| 07/06/2017 | (3) | SHASTINA KEIGHLEY | 4/11/2017 #68 | 1110-000 | $300.00 | | $8,850.76 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.00 | $8,837.76 |
| 08/07/2017 | (3) | SHASTING M. KEIGHLEY | 4/11/2017 #68 | 1110-000 | $500.00 | | $9,337.76 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.61 | $9,324.15 |
| 09/07/2017 | (3) | SHASTINA M. KEIGHLEY | 4/11/2017 #68 | 1110-000 | $500.00 | | $9,824.15 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.86 | $9,810.29 |
| 10/04/2017 | (3) | MRS.SHASTINA M. KEIGHLEY | 4/11/2017 #68 | 1110-000 | $500.00 | | $10,310.29 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.22 | $10,295.07 |
| 11/08/2017 | (3) | SHASTINA KEIGHLEY | 4/11/17 # 68 | 1110-000 | $500.00 | | $10,795.07 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.16 | $10,779.91 |
| 12/09/2017 | (3) | SHASTINA KEIGHLEY | 4/11/17 # 68 | 1110-000 | $500.00 | | $11,279.91 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.49 | $11,263.42 |
| 01/11/2018 | (3) | SHASTINA KEIGHLEY | LIQUIDATION OF PROPERTY  4/11/17 # 68 | 1110-000 | $500.00 | | $11,763.42 |
| 01/17/2018 | 5001 | International Sureties | Bond Payment | 2300-000 | | $5.00 | $11,758.42 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.21 | $11,741.21 |
| 02/13/2018 | (3) | SHASTINA M KEIGHLEY | LIQUIDATION OF PROPERTY  4/1/17 # 68 | 1110-000 | $500.00 | | $12,241.21 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.12 | $12,225.09 |
| | | | SUBTOTALS | | $12,407.95 | $182.86 | |

FORM 2                              Page No: 2          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34894-H5-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3218 | | Checking Acct #: | ******4894 |
| Co-Debtor Taxpayer ID #: | **-***3219 | | Account Title: | DDA |
| For Period Beginning: | 9/17/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/8/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.17 | $12,206.92 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.55 | $12,189.37 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.11 | $12,171.26 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.50 | $12,153.76 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.06 | $12,135.70 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2.90 | $12,132.80 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($2.90) | $12,135.70 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $212.37 | $11,923.33 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($212.37) | $12,135.70 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $18.04 | $12,117.66 |
| 10/19/2018 | 5002 | International Sureties | Bond Payment | 2300-000 | | $4.17 | $12,113.49 |
| 11/19/2018 | 5002 | STOP PAYMENT: International Sureties | Stop Payment for Check# 5002 | 2300-004 | | ($4.17) | $12,117.66 |
| 11/19/2018 | 5003 | International Sureties | Bond Payment | 2300-000 | | $4.17 | $12,113.49 |

| | | | | TOTALS: | $12,407.95 | $294.46 | $12,113.49 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank transfers/CDs | $4,907.95 | $0.00 | |
| | | | | Subtotal | $7,500.00 | $294.46 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $7,500.00 | $294.46 | |

| For the period of 9/17/2015 to 2/8/2019 | | For the entire history of the account between 01/20/2017 to 2/8/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,500.00 | Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 | Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $4,907.95 | Total Internal/Transfer Receipts: | $4,907.95 |
| | | | |
| Total Compensable Disbursements: | $294.46 | Total Compensable Disbursements: | $294.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $294.46 | Total Comp/Non Comp Disbursements: | $294.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34894-H5-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3218 | | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: | **-***3219 | | Account Title: | Checking Account |
| For Period Beginning: | 9/17/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/8/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2015 | | John and Gloria Morse | Turnover of Liquid Assets | * | $1,332.68 | | $1,332.68 |
| | {16} | | Bank of America Account XXXX2929        $1,000.00 | 1129-000 | | | $1,332.68 |
| | {15} | | Cash on Hand                                             $60.00 | 1129-000 | | | $1,332.68 |
| | {32} | | Wells Fargo Account                                  $272.68 | 1229-000 | | | $1,332.68 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.15 | $1,330.53 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.14 | $1,328.39 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.00 | $1,326.39 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.14 | $1,324.25 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.13 | $1,322.12 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.06 | $1,320.06 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.06 | $1,318.00 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.12 | $1,315.88 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.12 | $1,313.76 |
| 09/28/2016 | (35) | John and Gloria Morse | 10/20/2016 #65--Received from Best Properties | 1222-000 | $3,625.00 | | $4,938.76 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $4,935.63 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.45 | $4,928.18 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,920.49 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.94 | $4,912.55 |
| 01/20/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.60 | $4,907.95 |
| 01/20/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $4,907.95 | $0.00 |

| | | | | | SUBTOTALS | $4,957.68 | $4,957.68 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34894-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3218 | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: | **-***3219 | Account Title: | Checking Account |
| For Period Beginning: | 9/17/2015 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/8/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $4,957.68 | $4,957.68 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,907.95 | |
| | | | Subtotal | | $4,957.68 | $49.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,957.68 | $49.73 | |

| For the period of 9/17/2015 to 2/8/2019 | | For the entire history of the account between 12/01/2015 to 2/8/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,957.68 | Total Compensable Receipts: | $4,957.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,957.68 | Total Comp/Non Comp Receipts: | $4,957.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $49.73 | Total Compensable Disbursements: | $49.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49.73 | Total Comp/Non Comp Disbursements: | $49.73 |
| Total Internal/Transfer Disbursements: | $4,907.95 | Total Internal/Transfer Disbursements: | $4,907.95 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-34894-H5-7 | **Trustee Name:** Rodney Tow |
| **Case Name:** | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***3218 | **Checking Acct #:** ******9401 |
| **Co-Debtor Taxpayer ID #:** | **-***3219 | **Account Title:** Checking Account |
| **For Period Beginning:** | 9/17/2015 | **Blanket bond (per case limit):** $77,534,000.00 |
| **For Period Ending:** | 2/8/2019 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $12,457.68 | $344.19 | $12,113.49 |

**For the period of 9/17/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $12,457.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,457.68 |
| Total Internal/Transfer Receipts: | $4,907.95 |
| | |
| Total Compensable Disbursements: | $344.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $344.19 |
| Total Internal/Transfer Disbursements: | $4,907.95 |

**For the entire history of the case between 09/17/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $12,457.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,457.68 |
| Total Internal/Transfer Receipts: | $4,907.95 |
| | |
| Total Compensable Disbursements: | $344.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $344.19 |
| Total Internal/Transfer Disbursements: | $4,907.95 |

/s/ RODNEY TOW

RODNEY TOW

CLAIM ANALYSIS REPORT  Page No: 1    Exhibit C

| Case No.: | 15-34894-H5-7 | | | | | | | | Trustee Name: | Rodney Tow |
| Case Name: | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | | | | | | | | Date: | 2/8/2019 |
| Claims Bar Date: | 03/05/2016 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OSTROM MORRIS, PLLC | 12/27/2018 | Trustee Attorney Fees | Allowed | 3210-000 | $0.00 | $5,664.00 | $5,664.00 | $0.00 | $0.00 | $0.00 | $5,664.00 |
| | OSTROM MORRIS, PLLC | 12/27/2018 | Trustee Attorney Expenses | Allowed | 3220-000 | $0.00 | $201.50 | $201.50 | $0.00 | $0.00 | $0.00 | $201.50 |
| | RODNEY D. TOW 1122 Highborne Cay Court Texas City TX 77590-1403 | 12/27/2018 | TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $1,995.77 | $1,995.77 | $0.00 | $0.00 | $0.00 | $1,995.77 |
| 1 | ARGENTINE FEDERAL SAVINGS c/o James E. Cuellar 440 Louisiana, Suite 718 Tex as 77002 | 02/25/2016 | UNSECURED | Allowed | 7100-000 | $0.00 | $59,843.98 | $59,843.98 | $0.00 | $0.00 | $0.00 | $59,843.98 |
| | | | | | | $67,705.25 | $67,705.25 | $0.00 | $0.00 | $0.00 | $67,705.25 |

**CLAIM ANALYSIS REPORT**     Page No: 2     Exhibit C

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-34894-H5-7 | | **Trustee Name:** | Rodney Tow |
| **Case Name:** | MORSE, JOHN S. AND MORSE, GLORIA JEANNINE | | **Date:** | 2/8/2019 |
| **Claims Bar Date:** | 03/05/2016 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Trustee Attorney Expenses | $201.50 | $201.50 | $0.00 | $0.00 | $0.00 | $201.50 |
| Trustee Attorney Fees | $5,664.00 | $5,664.00 | $0.00 | $0.00 | $0.00 | $5,664.00 |
| TRUSTEE COMPENSATION | $1,995.77 | $1,995.77 | $0.00 | $0.00 | $0.00 | $1,995.77 |
| UNSECURED | $59,843.98 | $59,843.98 | $0.00 | $0.00 | $0.00 | $59,843.98 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-34894
Case Name:     JOHN S. MORSE
               GLORIA JEANNINE MORSE
Trustee Name:  Rodney D. Tow

|                           | Balance on hand: | $12,113.49 |

Claims of secured creditors will be paid as follows: NONE

|                           | Total to be paid to secured creditors: | $0.00 |
|                           | Remaining balance: | $12,113.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Rodney D. Tow, Trustee Fees | $1,995.77 | $0.00 | $1,995.77 |
| Ostrom Morris, PLLC, Attorney for Trustee Fees | $5,664.00 | $0.00 | $5,664.00 |
| Ostrom Morris, PLLC, Attorney for Trustee Expenses | $201.50 | $0.00 | $201.50 |

|                           | Total to be paid for chapter 7 administrative expenses: | $7,861.27 |
|                           | Remaining balance: | $4,252.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|                           | Total to be paid to prior chapter administrative expenses: | $0.00 |
|                           | Remaining balance: | $4,252.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                           | Total to be paid to priority claims: | $0.00 |
|                           | Remaining balance: | $4,252.22 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $59,843.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Argentine Federal Savings | $59,843.98 | $0.00 | $4,252.22 |

Total to be paid to timely general unsecured claims: $4,252.22
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)